### In re OLIVER.

(District Court, N. D. California. May 15, 1899.)

No. 2,905.

BANKRUPTCY—POWERS OF REFEREES—CITATION TO BANKRUPT.

The referee to whom a case in bankruptcy has been referred has jurisdiction and power, on the petition of the trustee, to cite the bankrupt to appear before him, and show cause why he should not be ordered to surrender to the trustee property in his possession, claimed by the trustee as assets of the estate.

In Bankruptcy. The trustee filed a petition with the referee, praying that the bankrupt be cited to appear before the referee, and show cause why he should not be ordered forthwith to surrender to the trustee certain property in said bankrupt's possession. To this peti-

tion the bankrupt demurred, contending that the referee had no jurisdiction, power, or right to issue such a citation to him, or compel his appearance thereto. The cause was before the referee in pursuance of rule No. 1, in bankruptcy, of the United States district court for the Northern district of California, which provides that all cases in bankruptcy are referred without special order to the referee in the district where the bankrupt resides, and that such referee shall thereafter exercise all the authority conferred upon him by the bankruptcy act, and shall also give notice of the first meeting of creditors. The referee overruled the bankrupt's demurrer, and the latter caused the decision to be certified to the judge for review.

J. G. Swinnerton, for trustee in bankruptcy.

DE HAVEN, District Judge. E. P. Foltz, the referee to whom said cause has been referred under bankruptcy rule No. 1 of this court, has certified the following question, arising in the course of the proceedings in said cause before him, for my opinion: "Question. Has the referee jurisdiction to cite the bankrupt to appear and show cause why certain property in his possession should not forthwith be delivered to the trustee as assets of said bankrupt's estate, and to make an order to that effect?" This question must be answered in the affirmative, and the ruling of the referee overruling the demurrer of the bankrupt to the petition of the trustee praying that said bankrupt be cited to appear before the referee, and show cause why an order should not be made that he forthwith deliver to the trustee all of the property referred to in the petition, was correct, and is hereby affirmed.